## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN OLATUNDE OLLAIGBE** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:16-556 |
| v | : | |
| | | (JUDGE MANNION) |
| **BUREAU OF IMMIGRATION AND, CUSTOMS ENFORCEMENT,** | : | |
| | : | |
| Respondents | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED**, without prejudice as premature.

2. The Clerk of Court is directed to **CLOSE** the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 19, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0556-01-ORDER.wpd